■ The People of the State of New York, Respondent, v Aaron Daniels, Appellant. [665 NYS2d 131] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of murder in the second degree (Penal Law § 125.25 [2]). We reject the contention of defendant that Supreme Court erred in providing the jury with an annotated verdict sheet in the absence of defendant's express consent thereto; by his silence, defendant impliedly consented to the submission of the annotated verdict sheet (*see, People v Brown,* 90 NY2d 872; *cf., People v Richardson,* 234 AD2d 952, *lv denied* 89 NY2d 988).

We have reviewed the remaining contentions of defendant, raised in his *pro se* supplemental brief, and conclude that they are without merit. (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Murder, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.